UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| J&H LANMARK, INC., | ) |
| Plaintiff, | ) Civil Action No. 5: 20-333-DCR |
| V. | ) |
| TWIN CITY FIRE INSURANCE COMPANY, | ) **JUDGMENT** |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Twin City Fire Insurance Company with respect to the claims asserted in this action.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: March 10, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky